Prob 12B
(Rev. 08/15 - D/SC)

# United States District Court

for

## District of South Carolina

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Joseph Carlton Meek          **Case Number:** 2:15CR00633-001

**Name of Sentencing Judicial Officer:** The Honorable Richard Mark Gergel, United States District Judge

**Date of Original Sentence:** March 21, 2017

**Original Offense:** Misprision of a Felony 18 U.S.C. § 4

**Original Sentence:** The defendant was committed to the custody of the Bureau of Prisons for 27 months followed by a 12 month term of supervised release with the following special conditions: 1) The defendant shall participate in a program of mental health counseling and/or treatment as deemed necessary by the U.S. Probation Officer, until such time as the defendant's release from the program as approved by the U.S. Probation Officer; 2) The defendant shall participate in a program of testing and treatment for substance abuse as approved by the U.S. Probation Officer until such time as the defendant's release from the program is approved by the U.S. Probation Officer; and 3) The defendant shall contribute to the cost of any treatment, drug testing and/or location monitoring not to exceed an amount determined reasonable by the court approved U.S. Probation Office's Sliding Scale for Services, and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** September 28, 2018

**Previous Court Action/Notification(s):** None

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☒ To modify the conditions of supervision as follows:
The offender shall be monitored by the form of location monitoring indicated below for a period of 90 days and shall abide by all technology requirements: GPS with home detention.

## CAUSE

The defendant was arrested by the Myrtle Beach Police Department, Myrtle Beach, South Carolina on March 12, 2019 and charged with Loitering- Unusual Frequency and Operating Vehicle in Unsafe Mechanical Condition. He paid a bond of $257 and $128 respectively. The defendant then reported to the U.S. Probation Office as directed, at which time he submitted a urine sample which tested positive for marijuana and methamphetamine use. This test was confirmed on March 20, 2019, by Alere Toxicology Services Inc. Additionally, on March 23, 2019, the defendant was arrested by the South Carolina Highway Patrol and charged with Driving Under the Influence, First Offense. He was detained at the Darlington County Detention Center until he was released that same day on a $992 surety bond. Mr. Meek is presently residing with his mother, stepfather and young son at 3208 Pitt Rd., Darlington, SC. This residence is reported by other family members as being unstable, but it appears that this is the only residence available to Mr. Meek at this time. Mr. Meek was out of work for about a month but reports employment as of March 24, 2019, as a cook with SoulJerkin Restaurant in Florence, South Carolina. Mr. Meek is currently enrolled in counseling through Martin Psychiatric Services Inc. According to Dr. Martin, the defendant's progress has been less than favorable. It is believed that the above requested modification would help to provide structure and stability for the defendant as well as a measure of safety for the public. We will continue to monitor the above reported pending charges as well as his participation in mental health treatment and advise the court at the appropriate time.

Respectfully submitted,

By: _____
William L. Bowman
U.S. Probation Officer

Date: March 26, 2019

Reviewed and Approved By:

_____
Lorenzo D. Parker
Supervisory U.S. Probation Officer

Prob 12B
(Rev. 08/15 - D/SC)

Page 3

## THE COURT ORDERS:

☐ No action.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other

*signature*

Richard Mark Gergel
United States District Judge

4/2/19
Date

Prob 49
(Rev. 07/13 - D/SC)

## UNITED STATES DISTRICT COURT

### Columbia, District of South Carolina

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation/Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation/Supervised Release or to the proposed extension of my term of supervision:

The offender shall be monitored by the form of location monitoring indicated below for a period of 90 days and sell abide by all technology requirements: GPS with home detention.

Witness: _____
William L Bowman
U.S. Probation Officer

Signed: _____
Joseph Carlton Meek
Supervised Releasee

3-20-19
Date